UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO BONAT HERNANDEZ,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

CASE NO. C26-5114JLR

ORDER

Before the court is Defendants'[1] motion to dismiss (MTD (Dkt. # 10); Reply (Dkt. # 13)) and Plaintiff Roberto Bonat Hernandez's opposition thereto (Resp. (Dkt. # 12)). A central issue in the parties' briefing how two USCIS policy memoranda (the "Policy Memoranda") affect Mr. Bonat Hernandez's pending application for adjustment of status. These Policy Memoranda placed a hold on the adjudication of applications for

[1] Defendants are Secretary of the United States Department of Homeland Security Markwayne Mullin, Director of United States Citizenship and Immigration Services ("USCIS") Joseph B. Edlow, and United States Attorney General Todd Blanche.

immigration benefits filed by noncitizens from 39 "high-risk" countries, including Cuba, Mr. Bonat Hernandez's country of origin. *See* Dep't of Homeland Sec., USCIS, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries, PM-602-0192 (Dec. 2, 2025); Dep't of Homeland Sec., USCIS, Hold and Review of USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries, PM-602-0194 (Jan. 1, 2026); (*see, e.g.*, MTD at 2-3 (discussing the Policy Memoranda), 6-7 (arguing that Mr. Bonat Hernandez lacks standing because the Policy Memoranda prevent the court from granting him any relief), 9-10 (arguing that the court should stay this action pending future guidance from USCIS).)

On June 5, 2026, the United States District Court for the District of Rhode Island vacated USCIS's hold on the adjudication of benefit applications for noncitizens from the designated "high risk" countries. *See Dorcas Int'l Inst. of Rhode Island v. United States Citizenship & Immigr. Servs.*, --- F. Supp. 3d. ---, No. 26-cv-132-JJM-PAS, 2026 WL 1622708 (D.R.I. June 5, 2026). On June 11, 2026, that court denied USCIS's request to stay its order pending appeal and entered judgment. *See Dorcas Int'l Inst. of Rhode Island v. United States Citizenship & Immigr. Servs.,* No. 26-cv-132-JJM-PAS, 2026 WL 1695954 (D.R.I. June 11, 2026). On August 14, 2026, the First Circuit Court of Appeals denied USCIS's motion to stay the portion of the district court's order vacating the adjudication hold. *See Dorcas Int'l Inst. of Rhode Island v. United States Citizenship & Immigr. Servs.*, --- F. 4th ---, No. 26-1703, 2026 WL 2364384 (1st Cir. Aug. 14, 2026)

(granting in part and denying in part USCIS's motion to stay). As a result, the adjudication hold is not currently in effect.

In light of these developments, the court ORDERS the parties to provide supplemental briefing regarding the effect of the *Dorcas International* litigation on Defendants' motion to dismiss. The parties shall file simultaneous opening briefs, not to exceed 3,000 words in length, by no later than **September 1, 2026**. Each party may file a response to the other party's opening brief, not to exceed 3,000 words in length, by no later than **September 15, 2026**. The Clerk is DIRECTED to renote Defendants' motion to dismiss (Dkt. # 10) for September 15, 2026.

Dated this 18th day of August, 2026.

JAMES L. ROBART
United States District Judge